UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIE JOE JOHNSON,  Civil No.  08-509 MJD/AJB

    Plaintiff,

v.  O R D E R

DWIGHT L. FONDREN - Warden,
Cpt. PUMMILL, Unit Manager(s) --
J. JARVIS and G. VILLEREAL,
Lt. SKOWRONEK, Chaplain - PULJU,
Officers – TVEDT, MALEY, VOLT,
Mr. & Mrs. ARMSTRONG, MARIO,
Food Service Personnel – R. BERGSTAD,
Counselor(s) – ANDERSON & JONES,
Dr. SCHUSTER, and Health Care
Provider, Lt(s) – RHODES and RISER,
et al.,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 25, 2008, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. Plaintiff's motion "To Bar Higher Security Transfer," (Docket No. 4), is **DENIED**;

3. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

4. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $324.42, in accordance with 28 U.S.C. § 1915(b)(2); and

5.  For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

DATED: _August 26, 2008.

s/Michael J. Davis
The Honorable Michael J. Davis
Chief Judge
United States District Court
